# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:13-cr-00050-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOSEPH ANTHONY SENTELL,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Indictment [Doc. 19] and the Government's Motion to Dismiss Indictment [Doc. 26].

The Defendant moves pursuant to Federal Rule of Criminal Procedure 12(b) to dismiss the Bill of Indictment in this action. [Doc. 19]. Upon review of the Defendant's Motion, the Government concedes that dismissal is appropriate and moves to dismiss the Indictment as well. [Doc. 26].

Accordingly, **IT IS, THEREFORE, ORDERED** that the Motions to Dismiss [Docs. 19, 26] are **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, the United States Probation Office, and the United States Marshal.

**IT IS SO ORDERED.**

Signed: September 21, 2013

Martin Reidinger
United States District Judge